## Case 16-2023-CA-004068-XXXX-MA

| Department | Circuit Civil | Division | CV-G |
|---|---|---|---|
| Case Status | OPEN | File Date | 3/21/2023 4:55:35 PM |
| Judge Name | SHARRIT, MICHAEL | Officer | |
| Private Attorney | Butler, Howard Gardner | | |

### Parties

| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
|---|---|---|
| AMBER MILLS | PLAINTIFF<br>W / F | 3824 DRAYTONVILLE COURT<br>JACKSONVILLE, FL32224 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | DEFENDANT<br>/ | ONE STATE FARM PLAZA<br>BLOOMINGTON, IL61710 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Butler, Howard Gardner<br>Private Attorney (503487) | 1506 Prudential Dr<br>Jacksonville, FL32207-8134 | AMBER MILLS (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 03/24/2023 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 03/24/2023 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective<br>Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 3/24/2023<br>3/24/2023 | INSURANCE CLAIMS | | |
| 2<br>D2 | -- | 3/24/2023<br>3/24/2023 | COVER SHEET | 1 | Available<br>VOR, Ready to view |
| 3<br>D3 | -- | 3/24/2023<br>3/24/2023 | COMPLAINT AND DEMAND FOR JURY TRIAL | 1 | Available<br>VOR, Ready to view |
| 4<br>D4 | -- | 3/24/2023<br>3/24/2023 | SUMMONS ISSUED TO STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | 1 | Available<br>VOR, Ready to view |
| 5<br>D5 | -- | 3/24/2023<br>3/24/2023 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 4363794 | 1 | Available<br>Public access |
| 6<br>D6 | -- | 3/24/2023<br>3/24/2023 | ORDER SETTING CASE MANAGEMENT PLAN FOR NON-COMPLEX CASES | 1 | Available<br>VOR, Ready to view |
| 7<br>D7 | -- | 3/24/2023<br>3/27/2023 | AMENDED COMPLAINT - PLTF | 1 | Available<br>VOR, Ready to view |
| 8<br>D8 | -- | 3/24/2023<br>3/27/2023 | REQUEST FOR ADMISSIONS - PLTF | 1 | Available<br>VOR, Ready to view |

| Line / Document | Count | Effective<br>Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 9<br>D9 | -- | 3/24/2023<br>3/27/2023 | REQUEST TO PRODUCE - PLTF | 1 | **Available**<br>VOR, Ready to view |
| 10<br>D10 | -- | 3/24/2023<br>3/27/2023 | NOTICE OF PROPOUNDING INTERROGATORIES - PLTF | 1 | **Available**<br>VOR, Ready to view |