IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 2022-CA-002703
DIVISION: CV-E

AMBER MICHELLE MILLS, an individual

    Plaintiff,

v.

MARY MCCREA LASETER

    Defendants.

_____/

## FINAL JUDGMENT

Pursuant to the jury's verdict rendered February 17, 2023, it is hereby:

**ORDERED AND ADJUDGED** *nunc pro tunc*:

1. AMBER MICHELLE MILLS shall have and recover from Defendant, MARY MCCREA LASETER, the sum of TWO HUNDRED FORTY FIVE THOUSAND SEVEN HUNDRED EIGHTY TWO AND 00/100 CENTS (**$245,782.00 USD**), which shall bear interest at the prevailing statutory rate of 5.52% a year, and thereafter the interest rate will adjust in accordance with Florida Statute § 55.03 (2023), for which let execution issue.

2. The Court hereby reserves jurisdiction to determine entitlement and amount of any attorney's fees and costs if applicable.

DONE AND ORDERED at Duval County, Florida this the 30th day of March 2023.

                                        _____
                                        BRUCE R. ANDERSON, JR.
                                        Circuit Court Judge

COPIES FURNISHED TO:

Howard G. Butler, Esquire
Florida Bar No: 0503487
Drew Baskin, Esquire
Florida Bar No: 0109388
Butler Law Group
1506 Prudential Dr.
Jacksonville, FL 32207
Co-counsel for Plaintiff
hgb@butlerlawgroup.net;
dwb@butlerlawgroup.net
wje@butlerlawgroup.net

_____

Mirelis Castilla
Florida Bar No.: 40831
Christopher Walsh
Florida Bar No.: 92128
Cole, Scott & Kissane, P.A.
Lakeside Office Center, Suite 500
600 North Pine Island Road
Plantation, Florida 33324
Mirelis.castilla@csklegal.com
christopher.waslsh@csklegal.com
Odalys.ochart@csklegal.com
Melody.drew@csklegal.com