IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2023-CA-004068
DIVISION: CV-G

AMBER MILLS,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY by and through its undersigned attorney and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby gives notice it has filed on this date with the United States District Clerk of the Court for the Middle District of Florida, Jacksonville Division, its Notice of Removal. (**Exhibit "1"**).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by eService on April 24, 2023 to Howard Butler, Esq. & Baskin, Esq. (hgb@butlerlawgroup.net, dwb@butlerlawgroup.net, paralegal@butlerlawgroup.net) Butler Law Group, 1506 Prudential Dr Jacksonville, FL 32207, *Counsel for Plaintiff*.

BOYD & JENERETTE, P.A.

_____
KRISTEN M. VAN DER LINDE
Florida Bar No. 964573

05292180

                PAMELA J. NELSON
                Florida Bar No. 949700
                201 North Hogan Street, Suite 400
                Jacksonville, Florida 32202
                904-353-6241 - Telephone
                904-353-2863 - Facsimile
                *Attorneys for State Farm Mutual Automobile*
                *Insurance Company*

05292180