Re: Mills v. State Farm

Howard G. Butler <hgb@butlerlawgroup.net>
Fri 7/14/2023 10:54 AM

To:Amanda Kidd <akidd@boydjen.com>
Cc:Drew W Baskin <dwb@butlerlawgroup.net>;Christian Butler <wje@butlerlawgroup.net>;Melissa L. Wagar <mwagar@boydjen.com>;Kristen Van der Linde <kvanderlinde@boydjen.com>;Jennifer Lively <jlively@boydjen.com>;Howard G. Butler <hgb@butlerlawgroup.net>

Amanda,

It is the Plaintiff's position that State Farm has previously and unsuccessfully argued this same matter in its opposition to a Motion to Amend and that such a Motion to Strike is not well taken from either a procedural or substantive perspective. Please consider the following prior to moving forward so as to require further necessary action on our and the Courts part:

First, "Motion to strike under Federal Rule of Civil Procedure under Federal Rule of Civil Procedure 12(f) are decidedly disfavored and are generally time wasters for he Court and counsel." Dynamic Motion Rides GmbH v. Universal City Dev. Partners, 6:21-cv-752-RBD-LHP (M.D. Fla. Nov. 8, 2022)

Second, as a finding of bad faith requires more than mere negligence these allegations "willful" allegations, if established, tend to prove the existence of bad faith irrespective of the absence of any claim for punitive damages. When deciding a Motion to Strike the Court must accept the truthfulness of well-pleaded facts and cannot consider matters beyond the pleadings. Kubisiak v. Gualtieri, 8:22-cv-2356-WFJ-SPF (M.D. Fla. Dec. 1,2022).

Finally, these allegations are relevant to Mary Laseter's mental anguish related damages which have been plead, are documented in State Farm's claims file and are recoverable pursuant to common law bad faith law. Such losses require a showing of gross negligence similar to that which merit an award of punitive damages. Dunn v. Nat. Sec. Fire and Cas. Co., 631 So.2d 1103, 1107 (Fla. 5th DCA 1994).

Under the circumstances, there is no reasonable basis for filing such a Motion. I am happy to discuss further over the phone as desired and plan to try calling you after my 11am EST meeting.

Best. Howard Butler
Butler Law Group
www.butlerlawgroup.net

Sent from my iPad