# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

AMBER MILLS, AN INDIVIDUAL,

Case No. 3:23-CV-00477-JAR-LLL

    Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.
_____

## PLAINTIFF'S OBJECTION TO STATE FARM'S FINAL EXHIBIT LIST

Plaintiff files her objections to Defendant's Trial Exhibit List as follows:

| Exhibit No. | Description | Objection |
|---|---|---|
| 1 | Claim Log/Diary (SF000072–000111) | As to certain entries, FRE 401, 403, Hearsay, and must be redacted in accordance with Court's rulings on Motions in Limine (Docs. 116, 125) |
| 2 | File History – File Changes (SF000198-000306) | As to certain entries, FRE 401, 403, Hearsay, and must be redacted in accordance with Court's rulings on Motions in Limine (Docs. 116, 125) |

| | | |
|---|---|---|
| 3 | Auto Injury Evaluations (SF000337-000343) | As to certain entries, FRE 401, 403, Hearsay, and must be redacted in accordance with Court's rulings on Motions in Limine (Docs. 116, 125) |
| 4 | Auto Request Review (SF000347-000365) | As to certain entries, FRE 401, 403, Hearsay, and must be redacted in accordance with Court's rulings on Motions in Limine (Docs. 116, 125) |
| 5 | Auto Injury Bill Tracker (SF000366-000390) | As to certain entries, FRE 401, 403, Hearsay, and must be redacted in accordance with Court's rulings on Motions in Limine (Docs. 116, 125) |
| 6 | Auto Injury Evaluation History (SF000391-000399) | As to certain entries, FRE 401, 403, Hearsay, and must be redacted in accordance with Court's rulings on Motions in Limine (Docs. 116, 125) |
| 7 | Correspondence from State Farm to Insured dated August 5, 2021 (SF001775-001776) | No objection |
| 8 | 3PET Injury Report generated on April 9, 2022 (SF001326-001328) | No objection |

| | | |
|---|---|---|
| 9 | Bodily Injury Report Summary (SF001285-001313) | No objection |
| 10 | Bodily Injury Report Summary (SF001338-001365) | No objection |
| 11 | Correspondence to State Farm from Butler Law Group dated August 18, 2021 (SF001691-001693) | No objection |
| 12 | Correspondence to Butler Law Group from State Farm dated September 1, 2021 (SF001180-001181) | No objection |
| 13 | Correspondence to State Farm from Butler Law Group dated September 17, 2021 (SF001678-001679) | FRE 401, 403 |
| 14 | Facsimile to State Farm from Butler Law Group dated March 28, 2022, with attached correspondence dated February 18, 2022 (SF001464-001567) | No objection but must be redacted in accordance with Court's rulings on Motions in Limine (Docs. 116, 125) |
| 15 | Correspondence to State Farm from Butler Law Group dated March 29, 2022 (SF001463) | No objection |

| | | |
|---|---|---|
| 16 | Correspondence to Butler Law Group from State Farm dated April 9, 2022 (SF001719) | No objection |
| 17 | Correspondence to Butler Law Group from State Farm dated April 14, 2022 (SF001708) | No objection |
| 18 | Correspondence to State Farm from Butler Law Group dated April 14, 2022 (SF001667; SF001856) | No objection |
| 19 | Correspondence to State Farm from Butler Law Group dated April 29, 2022 (SF001462) | No objection |
| 20 | Correspondence to Butler Law Group from State Farm dated May 2, 2022 (SF0001705) | No objection |
| 21 | Email to State Farm from Butler Law Group dated May 16, 2022 (SF001179) | FRE 401, 403, Hearsay |
| 22 | Defendant's Proposal for Settlement to Plaintiff (SF001443-001445) | No objection |

| | | |
|---|---|---|
| 23 | Correspondence to Insured from State Farm dated April 9, 2022 (SF001711-001712) | No objection |
| 24 | Correspondence to Insured from State Farm dated April 11, 2022 (SF001710) | No objection |
| 25 | Correspondence to Cole, Scott & Kissane ("CSK") from State Farm dated May 24, 2022 (SF001172) | No objection |
| 26 | Correspondence to CSK from State Farm dated May 28, 2022 (SF001697-001701) | No objection, must be redacted in accordance with Court's rulings on Motions in Limine (Docs. 116, 125) |
| 27 | Correspondence to State Farm from CSK dated June 21, 2022 (SF000917-000928) | No objection, must be redacted in accordance with Court's rulings on Motions in Limine (Docs. 116, 125) |
| 28 | Email to State Farm from CSK dated June 22, 2022 (SF001167) | No objection |
| 29 | Correspondence to State Farm from CSK dated July 5, 2022 (SF001163-001166) | No objection |

| 30 | Email to State Farm from CSK dated July 12, 2022 (SF001161) | No objection |
|---|---|---|
| 31 | Email to State Farm from CSK dated July 14, 2022 (SF000904-000913) | Objection to certain portions referencing irrelevant information and/or unduly prejudicial information such as failure to file business reports, unrelated traffic tickets. |
| 32 | Correspondence to State Farm from CSK dated July 15, 2022 (SF001153-001159) | FRE 401, 403, must be redacted in accordance with Court rulings on Motions in Limine (Docs. 116, 125) |
| 33 | Email to State Farm from CSK dated August 1, 2022 (SF001140) | No objection |
| 34 | Correspondence to State Farm from CSK dated August 4, 2022 (SF000890-000899) | FRE 401, 403, must be redacted in accordance with Court rulings on Motions in Limine (Docs. 116, 125) |
| 35 | Email to State Farm from CSK dated August 4, 2022 (SF001135) | No objection |
| 36 | Email to State Farm from CSK dated August 5, 2022 (SF001642-001651) | FRE 401, 403, cumulative as it appears to be part of defense exhibit 34 |

| | | |
|---|---|---|
| 37 | Email to State Farm from CSK dated August 9, 2022 (SF000887-000888) | FRE 401, 403, hearsay |
| 38 | Email to State Farm from CSK dated August 15, 2022 (SF001451-001452) | FRE 401, 403, Fla. Stat. 768.79(9) as to the offer of judgment |
| 39 | Correspondence to State Farm from CSK dated August 29, 2022 (SF000885-000886) | No objection |
| 40 | Email to State Farm from CSK dated August 29, 2022 (SF001255) | No objection |
| 41 | Email to State Farm from CSK dated September 2, 2022 (SF001128) | No objection |
| 42 | Email to State Farm from CSK dated September 8, 2022 (SF001254) | FRE 401, 403, Hearsay |
| 43 | Email to State Farm from CSK dated September 27, 2022 (SF001118-001119) | FRE 401, 403, Hearsay |
| 44 | Email to State Farm from CSK dated October 17, 2022 (SF001116-001117) | FRE 401, 403, Hearsay |
| 45 | Email to State Farm from CSK dated November 3, 2022 (SF001107-001108) | FRE 401, 403, Hearsay |

| | | |
|---|---|---|
| 46 | Neurosurgery Compulsory Medical Examination Report dated November 8, 2022 (SF001094-001100) | FRE 401, 403, Hearsay |
| 47 | Email to State Farm from CSK dated November 8, 2022 (SF001101-001104) | FRE 401, 403, Hearsay |
| 48 | Email to State Farm from CSK dated November 10, 2022 (SF001092) | FRE 401, 403, Hearsay, cumulative |
| 49 | Email to State Farm from CSK dated November 30, 2022 (SF001075) | No objection |
| 50 | Email to State Farm from CSK dated December 14, 2022 (SF001060-001074) | FRE 401, 403, Hearsay, Authentication |
| 51 | Email from CSK to State Farm dated October 24, 2022 (SF000700-000701) | FRE 401, 403, Hearsay, privilege as to mediation presentation |
| 52 | Pre-Accident Records (Redacted) (CSK016814-CSK016849) | FRE 401, 403, and must be redacted in accordance with Court's rulings on Motions in Limine (Docs. 116, 125), cumulative |

| | | |
|---|---|---|
| 53 | Post-Accident Records (Redacted) (CSK016683-CSK016813) | FRE 401, 403, and must be redacted in accordance with Court's rulings on Motions in Limine (Docs. 116, 125), cumulative |
| 54 | Plaintiff's Answers to Interrogatories in underlying case (SF000757-000765) | Cumulative, FRE 403 |
| 55 | Final Judgment in underlying case - *Amber Michelle Mills v. Mary McCrea Laseter* (SF002390-002391) | No objection |
| 56 | Butler Attorney Fee Contract for Legal Services | FRE 401, 403 |
| 57 | Plaintiff's PFS (SF001454-001455) | FRE 401, 403, Fla. Stat. 768.79(9) as to the offer of judgment |
| 58 | Assignment of All Claims and Rights Related to July 29, 2021 Collision | No objection |
| 59 | NPNPs (CSK 003572-003573; 003574-003575; 003579-003580) | FRE 401, 403, cumulative |
| 60 | CSK SDT Response from A New Way Healthcare (CSK015662-015663) | FRE 401, 403, cumulative |

| | | |
|---|---|---|
| 61 | CSK SDT Response from Family Care Partners- (CSK016297-016301) | FRE 401, 403, cumulative |
| 62 | CSK Medical Chronology (CSK015615-015656) | FRE 401, 403, Hearsay, FRE 1006 relating to summaries |
| 63 | Notice of CME (CSK 015048-015050) | FRE 401, 403 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 18, 2025, a true and correct copy of the foregoing has been served this day on all counsel of record via CM/ECF.

BUTLER LAW GROUP

/s/ Drew Baskin
**HOWARD G. BUTLER, ESQ.**
Florida Bar No. 0503487
**DREW BASKIN, ESQ.**
Florida Bar No. 0109388
1506 Prudential Drive
Jacksonville, Florida 32207
 (904) 398-2308
(904) 398-3000 (facsimile)
Counsel for the Plaintiff
hgb@butlerlawgroup.net
dwb@butlerlawgroup.net
wje@butlerlawgroup.net