IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:23-CV-00477-JAR-LLL

AMBER MILLS, an individual

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## PLAINTIFF'S PROPOSED STATEMENT OF THE CASE TO BE READ TO THE VENIRE

COMES NOW, the Plaintiff, AMBER MILLS by and through her undersigned counsel hereby submits her proposed statement of the case to be read to the venire[1]:

> "This is a bad faith claims handling case arising out of an automobile collision brought by the Plaintiff, Amber Mills pursuant to an assignment of all rights and claims from State Farm's insured Mary Laseter. Mary Laseter alleges that Defendant STATE FARM breached its good faith duties in its claims handling of a bodily injury claim made by Amber Mills which resulted in a Final Judgment against Mary Laseter personally.

---

[1] Plaintiff notes that she shared and revised potential proposed statements to Defendant, State Farm and the parties could not reach an agreement.

Defendant, STATE FARM denies those claims and contends that it did not act in bad faith in its claims handling."

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 18, 2025, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day on all counsel of record via CM/ECF.

**BUTLER LAW GROUP**

/s/ Drew Baskin
**HOWARD G. BUTLER, ESQ.**
Florida Bar No. 0503487
**DREW BASKIN, ESQ.**
Florida Bar No. 0109388
1506 Prudential Drive
Jacksonville, Florida 32207
 (904) 398-2308
(904) 398-3000 (facsimile)
Counsel for the Plaintiff
hgb@butlerlawgroup.net
dwb@butlerlawgroup.net
wje@butlerlawgroup.net

2