FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

2/28/25

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:23-CV-00477-MMH-LLL

AMBER MILLS, an individual

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

Defendant.
_____/

## VERDICT FORM

We, the Jury, return the following verdict:

1.    Do you find by the greater weight of the evidence that State Farm Mutual

Automobile Insurance Company acted in bad faith under all of the circumstances by

failing to settle the claim of Amber Mills against Mary Laseter?

YES __X__        NO _____

SO SAY WE ALL, this 28 day of February, 2025.

_____
JURY FOREPERSON