# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE DIVISION

AMBER MILLS,

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

Case No. 3:23-cv-00477-JAR-LLL

## JUDGMENT IN A CIVIL CASE

Pursuant to the jury's verdict, rendered on February 28, 2025, (ECF No. 183), it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, Amber Mills,

and against the Defendant, State Farm Mutual Automobile Insurance Company.

/s/ Jane A. Restani
Jane A. Restani, Judge[*]

Dated: March 3, 2025
New York, New York

---

[*] Judge Jane A. Restani, of the United States Court of International Trade, sitting by designation.

ORDER – JAR-LLL